IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR401 |
| | ) | |
| v. | ) | |
| | ) | |
| ALMONDO P. TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's statement of objections to the magistrate judge's report and recommendation (Filing No. 43), recommending that defendant's motion to suppress (Filing No. 16) be denied.  The Court has reviewed the transcript of the hearing held by the magistrate judge (Filing No. 32), the magistrate judge's report and recommendation (Filing No. 42), the defendant's objections to that report and recommendation and defendant's brief in support of his objections (Filing No. 44).  The Court finds that the record supports the findings of the magistrate judge and that his report and recommendation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's statement of objections is overruled;

3) Defendant's motion to suppress is denied;

4)   Trial of this matter is scheduled for:

**Monday, July 21, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 9, 2008, and July 21, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court