## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CR401** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALMONDO TURNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Almondo Turner (Turner) to modify the order setting conditions of release (Filing No. 48).  The motion is granted.  Turner and his counsel shall execute a consent to modify with Pretrial Services and such consent shall be filed in this matter.

**IT IS SO ORDERED.**

DATED this 8th day of July, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge